**FILED**
CLERK, U.S. DISTRICT COURT

JULY 7, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____YS_____ DEPUTY

1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General, Civil Division
2  E. MARTIN ESTRADA
   United States Attorney
3  DAVID M. HARRIS
   Assistant United States Attorney
4  Chief, Civil Division
   ROSS M. CUFF (Cal. Bar No. 275093)
5  Assistant United States Attorney
   Chief, Civil Fraud Section
6        Room 7516, Federal Building
         300 North Los Angeles Street
7        Los Angeles, California 90012
         T: 213-894-7388 | F: 213-894-7819
8        E-mail: Ross.Cuff@usdoj.gov
   JAMIE ANN YAVELBERG
9  EDWARD CROOKE
   JAY D. MAJORS
10 Civil Division, Department of Justice
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff,<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendants. | No. CV 20-6474 CBM (PDx)<br><br>THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]** |

1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General, Civil Division
2  E. MARTIN ESTRADA
   United States Attorney
3  DAVID M. HARRIS
   Assistant United States Attorney
4  Chief, Civil Division
   ROSS M. CUFF (Cal. Bar No. 275093)
5  Assistant United States Attorney
   Chief, Civil Fraud Section
6         Room 7516, Federal Building
           300 North Los Angeles Street
7          Los Angeles, California 90012
           T: 213-894-7388 | F: 213-894-7819
8          E-mail: Ross.Cuff@usdoj.gov
   JAMIE ANN YAVELBERG
9  EDWARD CROOKE
   JAY D. MAJORS
10 Civil Division, Department of Justice
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MEDICURE, INC.; MEDICURE INTERNATIONAL INC.; MEDICURE PHARMA INC.; MEDICURE U.S.A. INC.; REUBEN SABA; ALBERT D. FRIESEN; NEIL OWENS; DAWSON REIMER; and GRAEME MERCHANT,<br><br>Defendants. | No. CV 20-6474 CBM (PDx)<br><br>THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.  The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action.  U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).  Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

//
//

A proposed order accompanies this notice.

                                        Respectfully submitted,

Dated: June 28, 2023        BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section

_____
JAMIE ANN YAVELBERG
EDWARD CROOKE
JAY D. MAJORS
Civil Division, Department of Justice

*Jay D. Majors*

_____
JAY D. MAJORS
Attorneys for the United States of America

2

|   |   |
|---|---|
| 1 | PROOF OF SERVICE BY EMAIL |
| 2 | I am over the age of 18 and not a party to the above-captioned action. I am |
| 3 | employed by the Office of United States Attorney, Central District of California. My |
| 4 | business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California |
| 5 | 90012. |
| 6 | On June 28, 2023, I served THE GOVERNMENT'S NOTICE OF ELECTION TO |
| 7 | DECLINE INTERVENTION on each person or entity named below by email. |
| 8 | Date of emailing: June 28, 2023. Place of emailing: Los Angeles, California. |
| 9 | Person(s) and/or Entity(s) to whom emailed: |

ANDREA FISCHER
(afischer@fischerlegalgroup.com)
AUDREY HILDES SCHECHTER
(audrey@schechterlegalgroup.com)
FISCHER LEGAL GROUP

CORY FEIN
(cory@coryfeinlaw.com)
CORY FEIN LAW FIRM

Attorneys for *Qui Tam* Plaintiff Kevin Taylor

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2023, at Los Angeles, California.

*Ross M. Cuff*
ROSS M. CUFF