UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEVIN TAYLOR,<br><br>     Plaintiff,<br><br>  v.<br><br>MEDICURE, INC.; MEDICURE INTERNATIONAL INC.; MEDICURE PHARMA INC.; MEDICURE U.S.A. INC.; REUBEN SABA; ALBERT D. FRIESEN; NEIL OWENS; DAWSON REIMER; and GRAEME MERCHANT,<br><br>     Defendants. | Civil Action No. CV 20-6474 CBM (PDx)<br><br>**ORDER  JS-6** |

Based on Relator's notice of dismissal of this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and consent of the United States of America, this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED:  NOVEMBER 7, 2023

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE