UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | **CV 20-6474-CBM(PDx)** | Date | DECEMBER 1, 2023 |
| --- | --- | --- | --- |

| Title | United States of America et al v. Medicure Inc. et al |
| --- | --- |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Notice of consent to dismiss case [45], filed on November 30, 2023, it is hereby ordered that this action is hereby dismissed without prejudice, in its entirety and against all the defendants.

IT IS SO ORDERED.

cc: all parties